UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-137-WFN-23 |
| Plaintiff, ) | |
| ) | ORDER ON PLEA AND GRANTING |
| v. ) | UNOPPOSED ORAL MOTION TO |
| ) | MODIFY CONDITIONS OF RELEASE |
| SHAWNA LYNN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

At Defendant's December 15, 2008, arraignment on Second Superseding Indictment, the United States was represented by Assistant U.S. Attorney Russell Smoot; the Defendant was present with counsel Terry Ryan. The Defendant entered a plea of not guilty.

**IT IS ORDERED**:

1. The plea of Defendant is received, and the Defendant is bound over for trial before a district judge.

2. Defendant's unopposed Motion to modify her conditions of release to permit lawful employment and to travel within the United States on December 25, 2008, **(Ct. Rec. 735)** is **GRANTED**; provided, however, Defendant shall remain in compliance with all other conditions of release.

DATED December 15, 2008.

                                      S/ CYNTHIA IMBROGNO
                            UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA AND GRANTING UNOPPOSED ORAL
MOTION TO MODIFY CONDITIONS OF RELEASE - 1