UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHAWNA LYNN ANDERSON,<br><br>　　　　　　Defendant. | No. CR-08-137-WFN-23<br><br>ORDER GRANTING MOTION<br>TO MODIFY CONDITIONS OF<br>RELEASE AND SETTING<br>STATUS CONFERENCE |

At the February 12, 2009, hearing on Defendant's Motion to Modify, the United States was represented by Assistant U.S. Attorney Russell Smoot; the Defendant was present with counsel Terry Ryan.

The court finds Defendant is in compliance with conditions of release.

**IT IS ORDERED**:

1.  Defendant's Motion to modify her conditions of release to remove the electronic monitoring **(Ct. Rec. 966)** is **GRANTED**. All other conditions of release shall remain.

2.  Any changes in Defendant's work hours shall be by permission of Pretrial Services.

3.  A status conference is set for **March 25, 2009, at 1:30 p.m.,** before the undersigned.

DATED February 13, 2009.

　　　　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS
OF RELEASE AND SETTING STATUS CONFERENCE - 1