PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shawna Lynn Anderson           Case Number: 0980 2:08CR00137-023

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 21, 2010           Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500 Grams       Date Supervision Commenced: July 2, 2012
or More of a Mixture or Substance Containing a
Detectable Amount of Methamphetamine, 21 U.S.C. §
846

Original Sentence: Prison - 36 M;                 Date Supervision Expires: July 1, 2017
                   TSR - 60 M

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21. You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Shawna Lynn Anderson is in need of counseling to cope with the tragic loss in the shooting death of her cousin, and the recent death of a co-worker. Ms. Anderson is also taking responsibility to care for her niece, and is caring for her parents. Ms. Anderson is overwhelmed with all of the responsibility, in addition to her recent loss.

                                               Respectfully Submitted,

                                    by         s/Anne L. Sauther
                                               _____
                                               Anne L. Sauther
                                               U.S. Probation Officer
                                               Date: November 6, 2013

Prob 12B
**Re: Anderson, Shawna Lynn**
**November 6, 2013**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Nov 6, 2013
Date