UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>SHAWNA LYNN ANDERSON,<br><br>                Defendant. | No.   2:08-CR-0137-WFN-23<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

Pending before the Court is Defendant's Motion for Order Amending Judgment in a Criminal Case as to Supervised Release. ECF No. 2529. The Court will construe the Motion as a motion to terminate supervised release pursuant to 18 U.S.C. § 3583(e)(1). Court staff contacted Defendant's Probation Officer who indicated that Defendant is doing well and has been compliant with the terms of supervised release. Defendant has served approximately two years on supervised release. The Government is aware of the Motion, but filed no response or objection. The Court considers the factors under 18 U.S.C. §3553 and determines that termination of supervised release is warranted by the conduct of the Defendant and in the interests of justice. The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Order Amending Judgment in a Criminal Case as to Supervised Release, filed May 1, 2014, **ECF No. 2529**, is **GRANTED**.

2. Defendant's term of supervised release shall be **TERMINATED** as of the date of this Order.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Anne Sauther.

ORDER - 1

1    **DATED** this 29th day of May, 2014.

05-06-14

                                          s/ Wm. Fremming Nielsen
                                         WM. FREMMING NIELSEN
                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2